

# Pokagon Band of Potawatomi Indians Tribal Court

58620 Sink Road, P.O. Box 355
Dowagiac, MI 49047
Phone (269) 783-0505
Fax (269) 783-0519

| CASE NO: 10-943-BA-DED | | United States Bankruptcy Court Ref #: 10-33660-hcd |
|---|---|---|
| **Petitioner:**<br>United States Bankruptcy Court<br>Attn: Clerk of the Court<br>Northern District of Indiana<br>South Bend Division<br>Bankruptcy Courthouse<br>401 South Michigan Street<br>South Bend, Indiana 46601<br><br>Standing Chapter 13 Trustee<br>P.O. Box 107<br>Memphis, TN 38101-0107 | v. | **Respondent:**<br>Mary E. Minder<br>52935 Forestbrook Street<br>South Bend, IN 46637<br><br>RECEIVED<br>- - 2010<br>CHRISTOPHER M. DeTORO, Clerk<br>U.S. BANKRUPTCY COURT<br>NORTHERN DISTRICT OF INDIANA |
| | | **Employer:** Four Winds Casino Resort<br>ATTN: Brett Godush<br>11111 Wilson Road<br>New Buffalo, MI 49117-8999 |

### ORDER DIRECTING EMPLOYER TO MAKE DEDUCTIONS FROM DEBTOR-EMPLOYEE'S INCOME AND PAY TO UNITED STATES BANKRUPTCY TRUSTEE

**THE COURT FINDS THAT:**

1. The Court received an *Order to Employer to Pay Trustee* in the amount of $543.70 bi-weekly from the United States Bankruptcy Court, United States Bankruptcy Court, on Friday, August 06, 2010.

2. This Court is required to recognize and enforce valid orders pursuant to federal and tribal law. See Pokagon Band of Potawatomi Indians Tribal Court Code *§7(F)* and *Judiciary and Judicial Procedures 28 USC §1334(e); Bankruptcy §11 USC 1306(a)*.

3. *Notice of Registration* was duly served on the Petitioner and the Respondent on Monday, August 09, 2010 by first-class mail.

4. The Respondent was notified of the right to object to the entry of this *Order* within fourteen (14) days of the date appearing on the *Certificate of Mailing* of the *Notice of Registration*.

Pokagon Band Tribal Court
TRUE COPY

AUG 2 6 2010

5. This Court did not receive a written objection from the Respondent to the entry of this *Order* within the prescribed time period.

**IT IS ORDERED THAT** the *Order to Employer to Pay Trustee* shall be recognized and enforced until further order of this Court.

08/26/10
Date

Michael Petoskey, Chief Judge

Attachment: United States Bankruptcy Court *Order to Employer to Pay Trustee.*

## CERTIFICATE OF MAILING

I certify that on this date I mailed copies of the *Order Recognizing United States Bankruptcy Court Order Directing Employer to Make Deductions from Debtor-Employee's Income and Pay to Trustee*, along with documents referenced herein, to the above parties by ordinary first-class mail addressed to their last known addresses as shown above. I further certify that on this date I mailed copies of the above referenced documents to Respondent's employer by ordinary first-class mail addressed to their last known address as shown above.

8/26/2010
Date

For the Tribal Court

UNITED STATES BANKRUPTCY COURT
Northern District of Indiana
South Bend Division

In Re: Debtor(s) (name(s) and address)
Mary E Minder
xxx-xx-6101
52935 Forestbrook St.
South Bend, IN 46637

) Case Number: 10-33660-hcd
)
) Chapter: 13

RECEIVED AUG 3 2010

## ORDER TO EMPLOYER TO PAY TRUSTEE

At South Bend, Indiana on July 29, 2010.

The above-named debtor has pending in this Court a case for the adjustment of debts by an individual with regular income under the provisions of chapter 13 of Title 11 of the United States Code. Pursuant to the statute and the debtor's chapter 13 plan, the debtor has submitted all or such portion of the debtor's future earnings or other future income to the supervision and control of the trustee as may be necessary for the execution of the debtor's plan.

This Court has exclusive jurisdiction over all property including the earnings from services performed by the debtor during the pendency of this case and any entity from whom the debtor receives income shall pay all or any part of such income to the trustee as may be ordered by the Court. A portion of the debtor's earnings from services is necessary for the execution of the debtor's plan.

IT IS THEREFORE ORDERED that until further order of this Court the employer of debtor Mary E Minder :

Four Winds Casino Resort
11111 Wilson Rd., New Buffalo MI 49117

shall deduct from the earnings of the debtor the sum of $ 543.70 bi-weekly beginning on the next pay day following the receipt of this order and deduct a similar amount bi-weekly thereafter including any period for which the debtor receives periodic, or lump sum, payment for or on account of vacation, termination or other benefits arising out of present or past employment of the debtor, and to **REMIT FORTHWITH THE SUMS SO DEDUCTED TO THE TRUSTEE** appointed in this case or a successor in interest with **CHECKS TO BE MADE PAYABLE** as follows:

Standing Chapter 13 Trustee
P.O. Box 107, Memphis, Tennessee, 38101-0107

IT IS FURTHER ORDERED that the employer notify the trustee if the employment of the debtor is terminated and the reason for such termination.

IT IS FURTHER ORDERED that this order supercedes previous orders, if any, made to the employer in this case.

This is not a garnishment order, therefore, State and Federal garnishment restrictions do not apply.

Because of a privacy-related amendment to Federal Rule of Bankruptcy Procedure 1005 which became effective on December 1, 2003, the Court cannot provide the full social security number of the debtor. For further information, the employer may contact the debtor/employee.

Harry C. Dees, Jr.
Judge, United States Bankruptcy Court

Document No. 7

021712                               31108021733010