UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

MARY E. MINDER                                           CASE NUMBER: 10-33660
Debtor                                                            CHAPTER 13
_____

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
_____

COMES NOW, the Trustee, Debra L. Miller, by counsel, and for her Objection to Debtor's Plan states:

1. Debtor is making her payments via wage order and is current.

2. Debtor is a below median income debtor and her disposable income is determined by 11 U.S.C. §1325(b)(1)(B) using Schedule I and J.

3. The secured mortgage arrearage claim filed by Teacher's Credit Union is for $8,218.03, which is less than the $9,000.00 provided for in Debtor's plan. Any confirmation order will need to provide to pay this claim as filed.

WHEREFORE, as the plan has yet to comply with 11 U.S.C. §1325(a) and (b) for the reasons stated above, the Trustee objects to the confirmation of the plan.

Dated: October 14, 2010                                Respectfully Submitted,


                                                                /s/ Sarah E. Willms
                                                                Staff Attorney for
                                                                Debra L. Miller, Chapter 13 Trustee
                                                                P.O. Box 11550
                                                                South Bend, IN 46634-0155
                                                                (574) 251-1493

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Objection was served as follows on October 14, 2010

By U.S. Mail postage prepaid:
Debtor: Mary Minder, 52935 Forestbrook St., South Bend, IN 46637

By electronic mail via CM/ECF:
Debtor's Attorney: Tyler J. Bellin
U.S. Trustee at ustregion10.so.efc@usdoj.gov

                                                /s/ Sarah E. Willms