UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                            )
                                                  )        Bankruptcy No. 10-33660-hcd
Mary E. Minder,                                   )
          Debtor.                                )
_____                    )

**NOTICE OF APPEARANCE BY ATTORNEY**
_____

Party Classification:   Debtor

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the Debtor, Mary E. Minder.

2. All future pleadings, motions, orders and/or notices should be directed to:

        Jill M. Heiliger, #26768-64
        MACEY & ALEMAN
        220 W. Colfax, Ste. 400
        South Bend, IN 46601
        (888) 303-0431
        (574) 233-3556 Fax
        jmh@legalhelpers.com


        Respectfully Submitted,


        <u>/s/ Jill M. Heiliger</u>
        Jill M. Heiliger, 26768-64
        Counsel for Debtors
        MACEY & ALEMAN
        220 W. Colfax, Ste. 400
        South Bend, IN 46601
        jmh@legalhelpers.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of this Appearance was served electronically through the Court's ECF System upon each of the following, this 8th day of December, 2010:

Office of the Clerk, United States Bankruptcy Court

Debra L. Miller, Trustee

U.S. Trustee

             /s/ Jill M. Heiliger
             Jill M. Heiliger, 26768-64
             Attorney for Debtors